# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

ADAM EGGERS,

        Petitioner,    :    Case No. 3:14-cv-443

- vs -    District Judge Thomas M. Rose
    Magistrate Judge Michael R. Merz

WARDEN, Lebanon Correctional Institution,

    :

        Respondent.

## RECOMMITTAL ORDER

This case is before the Court on Petitioner's Objections (Doc. No. 116) to the Magistrate Judge's Report and Recommendations (Doc. No. 15).

The District Judge has preliminarily considered the Objections and believes they will be more appropriately resolved after further analysis by the Magistrate Judge. Accordingly, pursuant to Fed. R. Civ. P. 72(b)(3), this matter is hereby returned to the Magistrate Judge with instructions to file a supplemental report analyzing the Objections and making recommendations based on that analysis.

June 19, 2015                                            *s/Thomas M. Rose

                                                                   Thomas M. Rose
                                                        United States District Judge